

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00168-CV

### IN THE MATTER OF J.E.R.-P.

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2021JV1000086L1
Honorable Hugo Martinez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the juvenile court's March 10, 2022 order, Waiver of Jurisdiction and Order of Transfer to Criminal Court Under Section 54.02(a) Texas Family Code, is VACATED, and we DISMISS trial court cause No. 2021JV1000086L1, pending in County Court at Law No. 1, Webb County, Texas.

SIGNED March 15, 2023.

_____
Irene Rios, Justice